UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THEOPHILE M. MPOYI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26 CV 1052 RWS |
| | ) | |
| MISSOURI JACK, LLC, | ) | |
| d/b/a Jack In The Box, | ) | |
| | ) | |
| Defendant, | ) | |

**MEMORANDUM AND ORDER**

On July 2, 2026, I granted Plaintiff Theophile Mpoyi motion to proceed without paying fees or costs. I also ordered him to file an amended complaint on the Courts's Employment Discrimination form and to attach his EEOC charge of discrimination to his amended complaint within 30 days. My order also informed him that a failure to do so would result in the dismissal of his case without prejudice. Mpoyi failed to file these documents. On August 8, 2026, I dismissed this case without prejudice for Mpoyi's failure to file either of these documents. On August 28, 2026, Mpoyi filed a motion to reopen the case and attached the required amended complaint. His motion requested additional time to obtain his EEOC charging document. On October 1, 2026, Mpoyi filed his EEOC charging document. As a result, I will grant Mpoyi's motion to reopen this case.

Complaints filed in forma pauperis by non-prisoners are subject to pre-

service review pursuant to 28 U.S.C. § 1915(e)(2)(B). See Carter v. Schafer, 273 F. App'x 581 (8th Cir. 2008). Under 28 U.S.C. § 1915(e)(2), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous or malicious, or if it fails to state a claim upon which relief can be granted. To state a claim, a plaintiff must demonstrate a plausible claim for relief, which is more than a "mere possibility of misconduct." Ashcroft v. Iqbal, 556 U.S. 662, 679 (2009). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Id. at 678.

As stated in my order dated July 2, 2026, Mpoyi's complaint alleged claims for disparate treatment race discrimination, a hostile work environment, and retaliation. These same claims are realleged in his amended complaint. Mpoyi is an African American man. His hostile work environment claim is based on his allegation that the N-word was repeatedly used in the workplace by other employees while he was present and the term was directed at him by at least one coworker. He alleges that when he complained to management about the racially charged use of the N-word in the workplace they failed to remedy the discriminatory conduct. His retaliation claim asserts that after he complained to management about this conduct his work hours were reduced and he was

ultimately terminated.

At the pleading stage, Mpoyi's amended complaint sufficiently states a claim for a hostile work environment and for retaliation. His claims center on the fact that the N-word was frequently used in the workplace and directed at him on at least one occasion. He asserts that management failed to address his complaints about that conduct. He claims his hours were reduced and that he was ultimately terminated in response to complaining to management about the racially charged workplace. Nothing in Mpoyi's amended complaint or in his EEOC charging document supports an independent claim for a disparate treatment race discrimination. He does not allege any facts to support his claim that his hours were reduced or that he was terminated based on his race. Mpoyi alleges that these actions were taken in retaliation for complaining about a racially charged workplace.

As a result, I will dismiss Mpoyi's disparate treatment race discrimination claim for failing to state a claim. This case will proceed on Mpoyi's hostile work environment claim and on his retaliation claim. I will order the Clerk of Court to prepare a summons for Missouri Jack, LLC and to forward the amended complaint and the summons to the United States Marshal Service to be served on Missouri Jack, LLC.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff Theophile Mpoyi's motion to vacate my order dismissing this case and his request to reopen this case [7] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff Theophile Mpoyi's claim of disparate treatment race discrimination is **DISMISSED** without prejudice for a failure to state a claim.

**IT IS FURTHER ORDERED that** the Clerk of Court shall prepare a summons in this matter directed to Defendant Missouri Jack, LLC to be served on Missouri Jack, LLC's registered agent: Cogency Global Inc., 615 S. Bishop Avenue Ste F, Rolla, Missouri, 65401.

**IT IS FURTHER ORDERED that** the United States Marshall Service shall effect service of the amended complaint [8] and summons on Missouri Jack, LLC's registered agent Cogency Global Inc.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2026.